**DISMISSED and Opinion Filed August 29, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-00999-CV

## IN RE HILL & WILKINSON CONSTRUCTION GROUP, LTD., Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-08867**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Pedersen, III

Before the Court are relator's August 21, 2024 petition for writ of mandamus; August 21, 2024 emergency motion for stay; and August 27, 2024 unopposed motion to dismiss mandamus action. In their motion to dismiss, relator explains that the parties have reached a settlement agreement rendering this original proceeding moot. Relator thus asks that we dismiss this proceeding.

We grant the motion and dismiss this original proceeding. We also deny as moot relator's emergency motion for stay.

240999f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE